

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2015

No. 04-15-00351-CV

**IN THE INTEREST OF D.M.K., JR. AND D.K.K.,**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1250-CV
The Honorable William Old, Judge Presiding

## O R D E R

The State's Motion for Extension of Time to file Appellee's Brief is GRANTED. Time is extended to September 22, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court